UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD BURDICK and MARSHA BURDICK, husband and wife,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, a foreign insurance corporation,<br><br>Defendant. | NO. CV-09-116-RHW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

Before the Court is the parties' Stipulation of Dismissal (Ct. Rec. 3). The parties asks that all claims asserted by and between them be dismissed with prejudice and without costs or attorneys' fees to either party.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal (Ct. Rec. 3) is **GRANTED**.

2. All claims asserted by and between the parties are dismissed with prejudice and without costs or attorneys' fees to either party.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 6th day of July, 2009.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2009\burdick.dismiss.wpd

**ORDER GRANTING STIPULATION OF DISMISSAL ~ 1**